**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL HILD,<br>Petitioner<br>- v. -<br>UNITED STATES OF AMERICA,<br>Respondent. | 26-cv-________ |
| UNITED STATES OF AMERICA,<br>- v. -<br>MICHAEL HILD,<br>Defendant. | 19-cr-602 (RA) (KHP) |

**DECLARATION OF MICHAEL HILD**

I, MICHAEL HILD, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am the petitioner in the above-captioned matter. I submit this declaration in support of my motion to vacate my conviction pursuant to 28 U.S.C. § 2255.

2. I do not recall ever having been provided with the Foster Notes—the notes dated March 18, 2021, that were disclosed by the government as Section 3500 material approximately three weeks before my trial began on April 13, 2021—until long after my trial had concluded. I did not see those notes before or during my trial.

3. My trial counsel, Benjamin Dusing, never discussed with me the Foster Notes or Foster's connection to Bloomberg.

4. Mr. Dusing never consulted with me about subpoenaing Bloomberg or Dan Foster, nor did he inform me of any strategic decision not to pursue those avenues of investigation.

5. Had my trial counsel informed me that Dan Foster had any relationship with Bloomberg whatsoever after Foster had left Live Well, I would have insisted that trial counsel investigate that relationship between Mr. Foster and Bloomberg. I would have insisted that counsel subpoena the relevant witnesses and records and seek to present evidence of Foster's relationship with Bloomberg at my trial.

Executed this 6th day of July, 2026, in Richmond, Virginia

Michael C Hild

Michael Hild